IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Hill Plumbing & Electric Co., Inc., | |
| Plaintiff, | C.A. No. **3:17-2624-DCC** |
| v. | **AMENDED ORDER SETTING PRETRIAL CONFERENCE** |
| Walsh Federal, LLC and Travelers Casualty and Surety Company of America, | |
| Defendants. | |

In this action, the Court wishes to conduct a conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. In light of the case reassignment to the Honorable Donald C. Coggins, Jr., the Court will conduct the Rule 16 conference in Chambers on **Monday, January 8, 2018, at 4:00 p.m.** in the Donald S. Russell Federal Building, 201 Magnolia Street, Spartanburg, South Carolina. Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

The attorneys of record shall themselves conduct a conference pursuant to Rule 26(f) no later than 14 days prior to the Rule 16 conference and shall attend the Rule 16 conference prepared to provide the Court with an <u>oral</u> Rule 26(f) report that will assist the Court in formulating a scheduling order.[1]

At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

---

[1] It should be noted that this Court's practice of meeting with the attorneys <u>in person</u> and receiving an <u>oral</u> Rule 26(f) report may not be consistent with the practice of other judges in this district. Because of the procedures outlined in this order, there is no need for the parties to file a written Rule 26(f) report, as required by other judges in the district.

IT IS SO ORDERED.

December 18, 2017  
Spartanburg, South Carolina

s/Donald C. Coggins, Jr.
Donald C. Coggins, Jr.
United States District Judge